IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| XTRA Lease LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-cv-01866 ) ) |
| EJ Madison, LLC, | ) ) |
| and | ) ) |
| E.L. Hollingsworth & Co., | ) ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

**DEFENDANT E.L. HOLLINGSWORTH & CO.'S
MOTION TO DISMISS FOR IMPROPER VENUE,
OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

COMES NOW, Defendant E.L. Hollingsworth & Co., by and through counsel, pursuant to Federal Rule of Civil Procedure 12(b)(3), and moves this Court for an order dismissing this case for improper venue. In the alternative, Defendant Hollingsworth respectfully requests that this Court, in the interest of justice, transfer this action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Western District of Texas, El Paso Division, where the convenient administration of justice would be advanced and where this action might have been initially brought.

The grounds for this motion are set forth more fully in the attached memorandum incorporated by reference herein.

HEPLERBROOM LLC

By: */s/  Michael Reda*
MICHAEL REDA                                      #33591
MREDA@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile
*Attorney for Defendant E.L. Hollingsworth & Co.*

**PROOF OF SERVICE**

I hereby certify that I electronically filed on this 11th day of NOVEMBER , 2014, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Lawhorn
Christopher Kellett
Lauren Wacker
Laura Bailey Brown
Carmody MacDonald PC
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
T:      314 854 8600
F:      314 854 8660
cjl@carmodymacdonald.com; cpk@carmodymacdonald.com; lnw@carmodymacdonald.com; lbb@carmodymacdonald.com
*Attorneys for Plaintiff*

By: */s/Michael Reda*